**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (#219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore (#228474)
Melissa A. Fortunato (#319767)
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-714
Email: passmore@bespc.com
        fortunato@bespc.com

*Counsel for Plaintiffs*

[Additional counsel below]

**WILSON  SONSINI  GOODRICH
& ROSATI**
Caz Hashemi (#210239)
Ignacio E. Salceda (#164017)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: chashemi@wsgr.com
        isalceda@wsgr.com

**WILSON  SONSINI  GOODRICH
& ROSATI**
Nicholas R. Miller (#274243)
1700 K Street NW
Fifth Floor
Washington, D.C. 20006-3814
Telephone: (202) 973-8800
Facsimile:  (202) 973-8899
Email:  nmiller@wsgr.com

*Counsel for Individual Defendants
and  Nominal  Defendant  Align
Technology, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE TRAN, derivatively on behalf of ALIGN TECHNOLOGY, INC., <br>                    Plaintiff, <br><br>        vs. <br><br> JOSEPH M. HOGAN, JOHN F. MORICI, RAPHAEL S. PASCAUD, KEVIN J. DALLAS, JOSEPH LACOB, C. RAYMOND LARKIN, JR., GEORGE J. MORROW, THOMAS M. PRESCOTT, ANDREA L. SAIA, GREG J. SANTORA,  SUSAN  E.  SIEGEL,  and WARREN S. THALER, <br>                    Defendants, <br>        and <br><br> ALIGN TECHNOLOGY, INC., <br>                    Nominal Defendant. | Case No.: 5:19-cv-00202-LHK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL** |

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

| | |
|---|---|
| 1 | JILL DOOLEY. Derivatively on Behalf of ALIGN TECHNOLOGY, INC, | Case No. 5:19-cv-00525-BLF |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | | |
| 5 | JOSEPH M. HOGAN, JOHN F. MORICI, RAPHAEL S. PASCAUD, ROGER E. GEORGE, KEVIN J. DALLAS, JOSEPH | |
| 6 | LACOB, C. RAYMOND LARKIN, JR., GEORGE J. MORROW, THOMAS M. | |
| 7 | PRESCOTT, ANDREA L. SAIA, GREG J. SANTORA, SUSAN E. SIEGEL, and | |
| 8 | WARREN S. THALER, | |
| 9 | Defendants, | |
| 10 | -and- | |
| 11 | ALIGN TECHNOLOGY, INC., | |
| 12 | Nominal Defendant. | |

| | |
|---|---|
| 12 | CHRISTOPHER NGUYEN, derivatively on behalf of ALIGN TECHNOLOGY, INC., | Case No.: 5:19-cv-00543-SVK |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | JOSEPH M. HOGAN, JOHN F. MORICI, RAPHAEL S. PASCAUD, ROGER E. | |
| 16 | GEORGE, KEVIN J. DALLAS, JOSEPH | |
| 17 | LACOB, C. RAYMOND LARKIN, JR., GEORGE J. MORROW, THOMAS M. | |
| 18 | PRESCOTT, ANDREA L. SAIA, GREG J. SANTORA, SUSAN E. SIEGEL, and | |
| 19 | WARREN S. THALER, | |
| 20 | Defendants, | |
| 21 | and | |
| 22 | ALIGN TECHNOLOGY, INC., Nominal Defendant. | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL**

1   WHEREAS, on January 11, 2019, Plaintiff Michelle Tran filed a shareholder derivative

2   action on behalf of nominal defendant Align Technology, Inc. ("Align" or the "Company") in this

3   Court alleging breaches of fiduciary duty, unjust enrichment, waste of corporate assets, and

4   violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act")

5   against defendants Joseph M. Hogan, John F. Morici, Raphael S. Pascaud, Kevin J. Dallas, Joseph

6   Lacob, C. Raymond Larkin, Jr., George J. Morrow, Thomas M. Prescott, Andrea L. Saia, Greg J.

7   Santora, Susan E. Siegel, and Warren S. Thaler, captioned *Tran v. Hogan, et al.*, Case No. 5:19-cv-

8   00202-LHK (the "*Tran* Action");

9   WHEREAS, on January 29, 2019, Plaintiff Jill Dooley filed a shareholder derivative action

10  on behalf of nominal defendant Align in this Court alleging breaches of fiduciary duty, unjust

11  enrichment, insider selling and misappropriation of information, waste of corporate assets, and

12  violations of Sections 10(b), 14(a), and 20(a) of the Exchange Act against defendants Joseph M.

13  Hogan, John F. Morici, Raphael S. Pascaud, Roger E. George, Kevin J. Dallas, Joseph Lacob, C.

14  Raymond Larkin, Jr., George J. Morrow, Thomas M. Prescott, Andrea L. Saia, Greg J. Santora,

15  Susan E. Siegel, and Warren S. Thaler (collectively, the "Individual Defendants," and together with

16  Align, the "Defendants"), captioned *Dooley v. Hogan, et al.*, Case No. 5:19-cv-00525-BLF (the

17  "*Dooley* Action");

18  WHEREAS, on January 30, 2019, Plaintiff Christopher Nguyen filed a shareholder

19  derivative action on behalf of nominal defendant Align in this Court alleging breaches of fiduciary

20  duty, unjust enrichment, waste of corporate assets, and violations of Sections 10(b), 14(a), and 20(a)

21  of the Exchange Act against the Individual Defendants, captioned *Nguyen v. Hogan, et al.*, Case No.

22  5:19-cv-00543-SVK (the "*Nguyen* Action," and collectively with the *Tran* Action and the *Dooley*

23  Action, the "Related Derivative Actions");

24  WHEREAS, the Company was served in the *Nguyen* Action and the Individual Defendants

25  waived service in the *Nguyen* Action;

26  WHEREAS, the Company and Individual Defendants waived service in the *Tran* Action and

27  the *Dooley* Action;

28

- 1 -
**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

1   WHEREAS, the Related Derivative Actions challenge the same alleged conduct by the same

2   Company directors and officers and involve the same questions of law and fact;

3   WHEREAS, the parties therefore respectfully submit that consolidation of the Related

4   Derivative Actions is appropriate;

5   WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's

6   resources, the parties agree that the Related Derivative Actions should be consolidated for all

7   purposes, including pre-trial proceedings and trial, into a single consolidated action;

8   WHEREAS, in order to realize the efficiencies made possible by consolidation of the

9   Related Derivative Actions, plaintiffs agree that The Brown Law Firm, P.C. and Bragar Eagel &

10  Squire, P.C., the respective resumes of which are attached hereto as Exhibits A and B, shall be

11  designated as Co-Lead Counsel representing plaintiffs in the consolidated action;[1] and

12  THEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and

13  respectfully request that the Court enter an Order as follows:

14  1.   The following actions are hereby consolidated for all purposes, including pre-trial

15  proceedings and trial, under Case No. 5:19-cv-00202-LHK (the "Consolidated Action"):

16

| Case Name | Case Number | Date Filed |
|-----------|-------------|------------|
| *Tran v. Hogan, et al.* | 5:19-cv-00202-LHK | January 11, 2019 |
| *Dooley v. Hogan, et al.* | 5:19-cv-00525-BLF | January 29, 2019 |
| *Nguyen v. Hogan, et al.* | 5:19-cv-00543-SVK | January 30, 2019 |

20  2.   Every pleading filed in the Consolidated Action, or in any separate action included

21  herein, must bear the following caption:

---

[1] The Company and Individual Defendants take no position on the appointment of lead counsel in the Consolidated Action.

- 2 -

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE ALIGN TECHNOLOGY, INC.
DERIVATIVE LITIGATION

Lead Case No. 5:19-cv-00202-LHK

This Document Relates to:

    ALL ACTIONS

3.      All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case 5:19-cv-00202-LHK.

4.      Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: fortunato@bespc.com

5.      Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6.       Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

7.      Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

- 3 -
**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

1           8.     This Order shall apply to each shareholder derivative action arising out of the same,

2    or substantially the same, transactions or events as these cases, which is subsequently filed in,

3    removed to, reassigned to, or transferred to this Court.  When a shareholder derivative action that

4    properly belongs as part of *In re Align Technology, Inc. Derivative Litigation*, Lead Case No. 5:19-

5    cv-00202-LHK, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or

6    transferred here from another court, this Court requests the assistance of counsel in calling to the

7    attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that

8    might properly be consolidated as part of *In re Align Technology, Inc. Derivative Litigation*, Lead

9    Case No. 5:19-cv-00202-LHK, and counsel are to assist in assuring that counsel in subsequent

10   actions receive notice of this order.

11          9.     The parties shall submit a proposed schedule within thirty (30) days of entry of this

12   Order. Defendants are not required to answer or otherwise respond to the respective complaints

13   filed in the Consolidated Action until the deadline set forth in the Court's order on the parties'

14   proposed schedule.

15         **IT IS SO STIPULATED.**

16

17                               Respectfully Submitted By:

18

19   DATED: February 25, 2019             **WILSON SONSINI GOODRICH & ROSATI**

20

21                            /s/ Ignacio E. Salceda

                             Ignacio E. Salceda

22                            650 Page Mill Road

                             Palo Alto, CA 94304

23                            Telephone: (650) 493-9300

                             Facsimile: (650) 565-5100

24                            Email: isalceda@wsgr.com

25                            *Counsel for Individual Defendants and Nominal*

                             *Defendant Align Technology, Inc.*

26

27

28

- 4 -

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

1   DATED: February 25, 2019                **BRAGAR EAGEL & SQUIRE, P.C.**

2

3                                           /s/ Marion C. Passmore
                                            Marion C. Passmore (#228474)
                                            Melissa A. Fortunato (#319767)
4                                           101 California Street, Suite 2710
                                            San Francisco, California 94111
5                                           Telephone: (415) 365-714
                                            Email: passmore@bespc.com
6                                                   fortunato@bespc.com

7                                           Lawrence P. Eagel
                                            885 Third Avenue, Suite 3040
8                                           New York, New York 10022
                                            Telephone: (212) 308-5858
9                                           Email: eagel@bespc.com
                                            **THE BROWN LAW FIRM, P.C.**
10                                          Timothy Brown
                                            240 Townsend Square
11                                          Oyster Bay, NY 11771
                                            Telephone: (516) 922-5427
12                                          Facsimile: (516) 344-6204
                                            Email: tbrown@thebrownlawfirm.net
13

14                                          *[Proposed] Co-Lead Counsel for Plaintiffs*

15   DATED: February 25, 2019                **THE ROSEN LAW FIRM, P.A.**

16

17                                          /s/Laurence M. Rosen
                                            Laurence M. Rosen (#219683)
18                                          355 South Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
19                                          Telephone: (213) 785-2610
                                            Facsimile: (213) 226-4684
20                                          Email: lrosen@rosenlegal.com

21                                          *Additional Counsel for Plaintiffs*

22

23

24

25

26

27

28

- 5 -
**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

1

**ORDER**

2

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3

4   Dated: _____         _____

5                                            DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -
**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS AND APPOINTING CO-LEAD COUNSEL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTESTATION</u>**

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the **JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL**.  In compliance with General Order 45. X. B, I hereby attest that Marion C. Passmore and Laurence M. Rosen have concurred in this filing.

Dated:  February 25, 2019

By:  /s/ Ignacio E. Salceda
    Ignacio E. Salceda
    isalceda@wsgr.com

*Counsel for Individual Defendants and*
*Nominal Defendant Align Technology, Inc.*

- 7 -
**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING CO-LEAD COUNSEL**